James Wesley Hendrix, Assistant U.S. Attorney, Dallas, TX.

Gilberto Quinones–Alonso, Pro Se, Adelanto, CA.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gilberto Quinones–Alonso has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Quinones–Alonso has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

However, the judgment contains a clerical error pertaining to Quinones–Alonso's written judgment. The judgment identifies the statute violated as "8 U.S.C. § 1326(a) and (b)(1)/(2)." The court's colloquy at rearraignment and the presentence report, however, advised Quinones–Alonso that he was subject to the maximum ten-year penalty set forth in § 1326(b)(1), and Quinones–Alonso was sentenced to less than ten years of imprisonment. We therefore REMAND to the district court for the

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

limited purpose of correcting this clerical error. *See* FED. R. CRIM. P. 36.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jada Necole ANTOINE, Defendant–Appellant.**

**No. 15–10896
Conference Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 10/18/2016

James Wesley Hendrix, Assistant U.S. Attorney, Dallas, TX.

Jada Necole Antoine, Pro Se, Tallahassee, FL.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jada Necole Antoine has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v.*

*Flores*, 632 F.3d 229 (5th Cir. 2011). Antoine has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.